United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08
```

```
-----------------------------------X
                                   |
                                   |
     ABC                           |    NOTICE OF REASSIGNMENT
                                   |
     -V-                           |
                                   |
     DEF                           |    08 civ. 3321    (DLC)
                                   |
                                   |
                                   |
-----------------------------------X
```

      Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

           JUDGE         Thomas P. Griesa_____

      All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the reassigned judge's initials after the case number.


                                        J. Michael McMahon, Clerk of Court

**Dated:** April 11, 2008

                                        by: _____[signature]_____
                                            John A. Riccioli, Deputy Clerk


**REDESIGNATED TO MAGISTRATE JUDGE**_____

    CC:  Attorneys of Record

NOTICE OF REASSIGNMENT FORM

U.S.D.C. S.D.N.Y. Docket Support Unit                    Revised March 27, 2006