UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

RESEARCH IN MOTION LIMITED,

    Plaintiff,

- against -

MOFTWARE LLC, AMZER, PINAKIN DINESH, JOHN DOES 1-50; AND XYZ BUSINESSES,

    Defendants.

------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

08 CV 03321 (TPG)

ORDER CONFIRMING SEIZURES, UNSEALING RECORD AND RELEASING BOND

Upon the request of plaintiff Research In Motion Limited and with the consent of the defendants,

IT IS HEREBY ORDERED that Plaintiff's *ex parte* seizures conducted on April 8, 2008, are confirmed as proper;

IT IS FURTHER ORDERED that the Clerk of this Court shall lift the seal and the parties may publicly file all papers concerning the aforementioned seizures, including but not limited to the Complaint, the Order Granting Temporary Relief Authorizing *Ex Parte* Seizure, Allowing Expedited Discovery and To Show Cause For Preliminary Injunction, and the supporting Memorandum of Law; and

IT IS FURTHER ORDERED that the Clerk of this Court shall release the security bond ordered by the Court in this case.

DATED: 4/18/08

                                      Thomas P. Griesa
                                      UNITED STATES DISTRICT JUDGE

80178023.1