JUDGE COTE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

RESEARCH IN MOTION LIMITED

    *Plaintiff,*

    -against-

MOFTWARE LLC, AMZER, PINAKIN DINESH, JOHN DOES 1-50; and XYZ BUSINESSES,

    *Defendants.*

---------------------------------------------------------x

08 CV 03321

CIVIL ACTION NO. _____

FILED UNDER SEAL

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Research In Motion certifies that it has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: April 2, 2008

BY: _____
Mark N. Mutterperl (MM-1977)
Mary Ann C. Ball (MB-9466)
Chehrazade Chemcham (CC-1572)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000
Fax: (212) 318-3400
*Attorneys for Plaintiff Research in Motion Limited*

80173331.1