Mark N. Mutterperl
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Phone: (212) 318-3000
Fax:    (212) 318-3400
Email: mmutterperl@fulbright.com

*Attorneys for Plaintiff*
*Research In Motion Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
:
:
RESEARCH IN MOTION LIMITED,               :
:
Plaintiff,           :
:                08 CV 03321 (DLC)
- against -              :
:                CONSENT PRELIMINARY
MOFTWARE LLC, AMZER, PINAKIN DINESH,      :   INJUNCTION
JOHN DOES 1-50, XYZ BUSINESS,             :
:
Defendants.          :
:
:
:
---------------------------------------------------------------X

Plaintiff Research In Motion Limited ("plaintiff" or "RIM"), having filed its complaint on April 3, 2008, and defendant PINAKIN DINESH ("defendant") having consented to this Preliminary Injunction,

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that the Preliminary Injunction be entered as follows:

80174650.1

1. This Court has jurisdiction of the subject matter of this action and over all the parties hereto.

2. The plaintiff's BLACKBERRY Trademarks and Trade Dress, described and defined in the Complaint filed in this action (hereinafter, "BLACKBERRY Marks"), which Complaint is incorporated herein and made a part hereof, are good, valid and enforceable in law as against defendant, and defendant accepts plaintiff's representation that plaintiff is the sole proprietor of all right, title and interest in and to said BLACKBERRY Marks.

3. Defendant and its successors, assigns, affiliates, agents, servants, employees and representatives, and all persons, firms and corporations in active concert or participation with defendant who receive notice hereof, are hereby enjoined and restrained, until such time as this Court shall order otherwise, from purchasing, selling, distributing, or otherwise receiving counterfeit BLACKBERRY batteries including without limitation the following models identified in the Complaint:

- "Blackberry® 8800 Battery with ASP™ Technology"
- "BlackBerry 8800 Extended Battery 1800mAh with Battery Door – Silver."

(Collectively referred to herein as "Counterfeit Batteries").

4. Defendant shall promptly segregate, quarantine and maintain any and all Counterfeit Batteries if any are in or come into defendant's possession.

5. The Court shall continue to retain jurisdiction to construe, enforce, or implement the Preliminary Injunction upon the application of either party.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

Approved:

Date: April 8, 2008

FULBRIGHT & JAWORSKI L.L.P.

_____
Mark N. Mutterperl (MM 1977)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

*Attorneys for Plaintiff
Research In Motion Limited*

Date: 4/8/08

PINAKIN DINESH

_____

*Defendant*