# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Research In Motion Limited | 08 CV 03321 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Motorola LLC, AMZER, Pinakin Dinesh Sha, Does 1-50 and RMT Business | Seizure order |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

AMZER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

648 South Pickett Street, Alexandria, VA 22304

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark N. Mutterperl
Fulbright & Jaworski
666 Fifth Avenue
New York, NY 10103

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Seize counterfeit goods and related items pursuant to the court order

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 212-318-3183
DATE: 4/4/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 of 3
District of Origin No.: 54
District to Serve No.: 83
Signature of Authorized USMS Deputy or Clerk
Date: 4/8/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Kyle P. Johnson, Store Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/8/08
Time: 12:— pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $765.00 | $13.13 | 5.00 | 783.13 | 311.00 | $456.13 | |

REMARKS: Not processed Same Day - delivery to D&C
2 USMS @ 6hrs x 45.00 = 270.00
1 USMS @ 11hrs x 45.00 = 495.00
2 admin hour 1 usps @ ...

**3. NOTICE OF SERVICE**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Research In Motion Limited | 08 cv 03321 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Mattware LLC, AMZER, Anghin Dinesh, John Does 1-50, and XYZ Business | |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AMZER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1260 West Airport Blvd., Suite 120, Sugar Land, TX 77478

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark N. Mutterperl
Fulbright & Jaworski
666 Fifth Avenue
New York, NY 10103

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Seize counterfeit goods and related items pursuant to this Court order

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212-318-3185
DATE: 4/4/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 1, District of Origin No. 74, District to Serve No. 74

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Name and title of individual served (if not shown above):
Amzer to Pinter Dinesh, owner

Address (complete only if different than shown above): Same

Date of Service: 4/8/08  Time: 11:00 am
Signature of U.S. Marshal or Deputy

REMARKS: See attached ...

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED